AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00051 |
| JOHN HERBERT STRAND | ) Assigned to: Judge G. Michael Harvey |
| SIMONE MELISSA GOLD | ) Assign Date: 1/13/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Special Agent LaNard Taylor, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 01/13/2021

G. Michael Harvey
2021.01.13 19:09:57 -05'00'
*Judge's signature*

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Printed name and title*